IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARRY E. MAXEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-01263-JPG-SCW |
| ) | |
| WARDEN JAMES CROSS, et al., ) | |
| ) | |
|    Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 19) of Magistrate Judge Stephen C. Williams with regard to Plaintiff's Motion for Preliminary Injunctive Relief (Doc. 1) and Defendant's request that the case be dismissed for failure to exhaust administrative remedies (Doc. 15). Plaintiff has not filed an objection to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report and Recommendations (Doc. 19) in its entirety and **DENIES** Plaintiff's Motion for Preliminary Injunctive Relief (Doc. 1) and **DISMISSES** this matter **without prejudice** for failure to exhaust administrative remedies.

The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**  2/5/2015           s/J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**